**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-EASTERN DISTRICT**

In the Matter of:

Kara Laramie

      Case No. 0-50479
      Chapter 7
      Honorable Phillip J. Shefferly

    Debtor(s).

_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of **$474.53** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 12 | $474.53 |
| | **Total:** | **$474.53** |

Dated: June 6, 2011

/s/ Michael A. Stevenson
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034
mstevenson@sbplclaw.com